# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

147919

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ANTHONY DEAN LANE,
     Defendant-Appellant.

SC: 147919
COA: 314162
Emmett CC: 12-003615-FH
12-003617-FH

_____/

     On order of the Court, the application for leave to appeal the September 26, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



                            Clerk

h1216